1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  BEATRICE NA, SBN CA 303390
   Special Assistant United States Attorney
4      160 Spear Street, Suite 800
       San Francisco, California 94105
5      Telephone: (415) 977-8967
       Facsimile: (415) 744-0134
6      E-Mail: Beatrice.Na@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLI ROSSOL, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00859-JCM-VCF |
| v. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) (***FIRST REQUEST***) |
| Defendant. | ) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm in response to Plaintiff's Motion and Memorandum to Remand (Dkt. No. 10) due on September 14, 2018, by 35 days, through and including October 19, 2018. Defendant further requests that all subsequent deadlines set forth in the Court's Order Concerning Review of Social Security Cases (Dkt. No. 7) shall be extended accordingly.

///

///

Defendant requests this extension because of her attorney's heavy workload for the month of September 2018, which includes eight other cases that require imminent briefing. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel on September 13, 2018, who has indicated no opposition to this motion.

Respectfully submitted, September 13, 2018.

DAYLE ELIESON
United States Attorney

*/s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2018

# CERTIFICATE OF SERVICE

I, **BEATRICE NA,** certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME (First Request)** on the date and via the method of service identified below:

**CM/ECF:**

**Richard A Harris**
Richard Harris Law Firm
801 South Fourth St
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: rick@richardharrislaw.com

**Joshua R Harris**
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Dated: September 13, 2018

                                        */s/ Beatrice Na*
                                        BEATRICE NA
                                        Special Assistant United States Attorney